United States District Judge Ronald B. Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

KIMBRA LEVINGSTON, )
                                      ) CIVIL NO. 3:19-cv-05158-RBL
      Plaintiff, )
                                      ) ORDER
      vs. )
                                      )
COMMISSIONER OF SOCIAL SECURITY, )
                                      )
      Defendant )
                                      )

This matter comes before the Court on the parties' stipulated motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

The motion is timely as Plaintiff had a 60-day appeal period, plus the 30-day period in §2412(d)(1)(B), from the entry of final judgment on October 22nd, 2019, to file a timely EAJA application. *Akopyan v. Barnhart,* 296 F.3d 852 (9th Cir. 2002); *Melkonyan v. Sullivan,* 501 U.S. 89, 94-96 (1991); FED. R. App. P. 4(a). Furthermore, upon review of the stipulation and the record, the Court determines that Plaintiff is the prevailing party, the government's position was not substantially justified, and that the itemization of attorney time spent is reasonable. In short, the requirements of § 2412(d)(1)(B) are met.

Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion and awards Plaintiff $5,241.6 in attorney's fees and $400 filing fee,

ORDER FOR EAJA FEES AND COSTS - 1

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

subject to any offset allowed under the Treasury Offset Program. *See. Astrue v. Ratiff,* 560 U.S. 586, 589 – 590 (2010). If EAJA fees and costs are not subject to any offset, payment of this award shall be made via check, payable and sent to Attorney David Oliver's address: David Oliver & Associates, 2608 South 47th Street, Suite C, Tacoma, WA 98409.

For the foregoing reasons, Plaintiff's stipulated motion for attorney fees and costs is GRANTED.

DATED this 21st day of January, 2020.

Ronald B. Leighton
United States District Judge

Presented by:

S/David P. OLIVER
David P. Oliver,
Attorney for Plaintiff

ORDER FOR EAJA FEES AND COSTS - 2